UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 2 5 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>SOON KYUNG PARK,<br><br>  Defendant - Appellant. | No. 05-10034<br><br>D.C. No. CR-03-00043-ARM<br>District of the Northern Mariana<br>Islands<br><br>ORDER |

F I L E D
Clerk
District Court

AUG − 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: Peter L. Shaw, Appellate Commissioner

The court has received appellant's motion for leave to proceed in forma pauperis and to proceed pro se. Appellant's motion for leave to proceed in forma pauperis, along with counsel's renewed motion to withdraw as counsel, filed on May 16, 2005, are also construed as appellant's motion for appointment of counsel. So construed, the motion is granted. The Clerk shall remove Joseph A. Arriola, Esq., 2nd Floor Oceanside Plaza, Suite 305, Beach Road, Garapan, P.O. Box 505080 CK, Saipan, MP 96950, (670) 234-5501, from the docket and amend the docket to reflect that appellant is proceeding on appeal in forma pauperis. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission and mail on Judge Alex R. Munson, U.S. District Court for the District of the Northern

05-10034

Mariana Islands, P.O. Box 500687, Saipan, MP 96950, (FAX: (670) 236-2911),

who will locate appointed counsel. The district court shall provide the Clerk of

this court with the name and address of appointed counsel by facsimile

transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by September 1, 2005.

The transcript is due October 3, 2005. Appellant's opening brief and excerpts of

record are due November 14, 2005; appellee's answering brief is due

December 14, 2005; and the optional reply brief is due within 14 days after service

of the answering brief.

The Clerk shall also serve a CJA Form 24 and a certified copy of this order

on Judge Munson who shall provide them to newly appointed counsel. *See* 28

U.S.C. § 753(f). If appellant is seeking transcripts of proceedings requiring

special authorization, that authorization should be obtained from the district court.

*See* VI Guide to Judiciary Policies & Procedures § 13.6.1.b.(2)(a)-(g).

Upon filing the transcripts, the court reporter shall submit the CJA Form 24

to this court for payment.

*Peter L. Shaw*
General Order 6.3(e)

S:\MOATT\Cmshords\07.05\nw\05-10034.wpd            2

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY<br>□ Felony □ Petty Offense<br>□ Misdemeanor □ Other<br>□ Appeal | 9. TYPE PERSON REPRESENTED<br>□ Adult Defendant □ Appellant<br>□ Juvenile Defendant □ Appellee<br>□ Other ___ | 10. REPRESENTATION TYPE<br>*(See Instructions)* |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned ___ % of transcript with *(Give case name and* | |
| B. □ Expedited □ Daily □ Hourly Transcript □ Realtime Unedited Transcript | |
| C. □ Prosecution Opening Statement □ Prosecution Argument □ Prosecution Rebuttal<br>□ Defense Opening Statement □ Defense Argument □ Voir Dire □ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>_____  _____<br>Signature of Attorney          Date<br><br>Printed Name<br>Telephone<br>□ Panel Attorney  □ Retained Attorney  □ Pro-Se  □ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>## SEE ATTACHED ORDER<br><br>_____<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>_____  _____<br>Date of Order        Nunc Pro Tunc Date |

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS<br><br>□ Official □ Contract □ Transcriber □ Other<br><br>19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | 18. PAYEE'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS<br><br><br>Telephone |
|---|---|

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk        Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____   _____<br>Signature of Judicial Officer or Clerk of Court        Date | |