F I L E D
Clerk
District Court

AUG 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Gregory Baka  # F0199
Law Office of Gregory Baka
Tapochao Road
P.O. Box 5148
Saipan, MP  96950-5148
Telephone:    (670) 322-6510
E-mail:       gbaka79@yahoo.com

Attorney for Defendant PARK, SOON KYUNG

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> PARK, SOON KYUNG, ) <br> a.k.a. PIAO, CUN JING, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CRIMINAL CASE NO. 03-00043 <br><br> **MOTION FOR COPY OF PRE-SENTENCE INVESTIGATION REPORT; CERTIFICATE OF SERVICE** <br><br> Hearing:    None requested |

    The Defendant, Dr. Park Soon Kyung,* moves that a copy of his Pre-Sentence Investigation Report (PSIR), as corrected, be provided to his court-appointed counsel for purposes of his appeal.

    The Defendant was sentenced on 6 January 2005. Clerk's Record ("**CR**") 48-1. The fourth paragraph of the docket sheet minute entry provides:

> Court adopted the presentence investigation report and **instructed the Clerk to file the amended report, under seal, and that the report be made available if the judgment is appealed.** The probation officer's recommendation shall also be placed under seal. No objection by the parties.

---

    * In Korean, the surname is given first. See The Bluebook: A Uniform System of Citation R. 10.2.1(g), at 61 (Columbia Law Review Ass'n et al. eds., 17th ed. 2000).

1  **CR** 48-1 (D.N.M.I. Jan. 6, 2005) (emphasis added). Despite the apparently plain, self-executing, and

2  imperative (not merely hortatory) nature of the Court's order, when the undersigned counsel requested

3  a copy of the PSIR, he was informed by a Deputy Clerk and the Clerk of the Court that it had not been

4  filed under seal, that the original was in the possession of the U.S. Probation Office, and that it would be

5  necessary to get [additional] Court authorization for a copy to be released by the Probation Office,

6  despite the express terms of the Court's order, which were then orally re-conveyed by counsel.

7      Hence this motion.

8                                                 Respectfully submitted,

9

10 Dated: Thursday, 18 August 2005.          *Gregory Baka*

                                                                GREGORY BAKA  # F0199

11                                               Attorney for Defendant

12                                               PARK, SOON KYUNG

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Criminal Procedure 1(a)(3)(B) and 49(b); and Federal Rules of Civil Procedure 5(b) & (d), the undersigned declarant states as follows:

1. I am eighteen years of age or older, and I certify that I caused to be served the following document(s) to the last known address(es) listed below on the date(s) indicated.

**MOTION FOR COPY OF PRE-SENTENCE INVESTIGATION REPORT; CERTIFICATE OF SERVICE**

2. As set forth below, this service was accomplished either by personal delivery, by U.S. Mail, or by leaving it with the Clerk of Court (in attorney's box), cf. Fed. R. Civ. P. 5(b)(2)(C), or by fax.

| | |
|---|---|
| James D. Bowers, Esq.<br>Assistant United States Attorney<br>Horiguchi Bldg., 3rd Fl.<br>P. O. Box 500377<br>Saipan, MP 96950-0377 | Attorney for Plaintiff United States of America<br>Tel: (670) 236-2980<br>Fax: (670) 236-2945<br><br>**Via Hand Delivery** |
| Margarita DLG Wonenberg<br>U.S. Probation Officer<br>Horiguchi Bldg., 4rd Fl.<br>Saipan, MP 96950 | Tel: (670) 236-2991<br>Fax: (670) 236-2992<br><br>**Via Hand Delivery** |

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on Thursday, 18 August 2005.

*Gregory Baka*
_____
GREGORY BAKA # F0199
Attorney for Defendant
PARK, SOON KYUNG

3