```
                                                    FILED
                                                    Clerk
                                                District Court

                                                 AUG 18 2005

                                          For The Northern Mariana Islands
                                          By_____
                                                   (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PARK, Soon Kyung, also known as )<br>PIAO, Cun Jing, )<br>)<br>Defendant )<br>_____ ) | Criminal No. 03 - 00043<br><br><br>ORDER DIRECTING PROBATION<br>OFFICE TO PROVIDE COPY OF<br>PRESENTENCE REPORT TO<br>DEFENSE COUNSEL |

IT IS ORDERED that the Probation Office shall provide to Gregory Baka, newly-appointed defense counsel, a copy of the presentence investigation report for the above-named defendant.

DATED this 18th day of August, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)