**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS DOCKET NO. 05-10034 |
| | ) | (D.C. NO. CR. 03-00043-ARM) |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | August 30,31, 2004 and |
| | ) | September 1, 2004 |
| SOON KYUNG PARK, a/k/a | ) | |
| Piao Cun Jing, a/k/a Dr. Park, | ) | REPORTER'S TRIAL TRANSCRIPT |
| | ) | OF ALL WITNESSES' TESTIMONY |
| Defendant. | ) | |
| | ) | VOLUME 1 - Pages 1 - 279 |

F I L E D
Clerk
District Court

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

OCT 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:       Patrick J. Smith
                     Assistant United States Attorneys
                     MARIANAS DISTRICT
                     Horiguchi Building, Third Floor
                     P. O. Box 500377
                     Saipan, MP 96950
                     Telephone: (670) 236-2979
                     Facsimile: (670) 236-2945
                             and
                     FBI Special Agent Douglas E. Small

For Defendant:       Joseph H. Arriola, Esq.
                     2nd Floor Oceanside Plaza, Ste. 305
                     Beach Road, Garapan
                     P. O. Box 505080 CK
                     Saipan, MP 96950
                     Telephone: (670) 234-5501
                     Facsimile: (670) 234-5503
                             and