**ORIGINAL**

280

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS DOCKET NO. 05-10034 |
| | ) | (D.C. NO. CR. 03-00043-ARM |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | September 2, 3, 2004 |
| | ) | |
| SOON KYUNG PARK, | ) | REPORTER'S TRIAL TRANSCRIPT |
| | ) | OF ALL WITNESSES' TESTIMONY |
| Defendant. | ) | |
| | ) | VOLUME II - Pages 280 - 563 |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE and Jury
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 3 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

**APPEARANCES:**

For Plaintiff:   Patrick J. Smith
                 Assistant United States Attorneys
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2979
                 Facsimile: (670) 236-2945
                        and
                 FBI Special Agent Douglas E. Small

For Defendant:   Joseph H. Arriola, Esq.
                 2nd Floor Oceanside Plaza, Ste. 305
                 Beach Road, Garapan
                 P. O. Box 505080 CK
                 Saipan, MP 96950
                 Telephone: (670) 234-5501
                 Facsimile: (670) 234-5503
                        and