**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | APPEALS DOCKET NO. 05-10034 |
| | ) | (D.C. NO. CR. 03-00043-ARM |
| Plaintiff, | ) | |
| | ) | Garapan, Saipan |
| vs. | ) | January 6, 2005 |
| | ) | |
| SOON KYUNG PARK, a/k/a | ) | |
| Piao Cun Jing, a/k/a Dr. Park, | ) | |
| | ) | REPORTER'S TRANSCRIPT OF SENTENCING |
| Defendant. | ) | |
| | ) | |

FILED
Clerk
District Court

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

OCT 3 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:   Patrick J. Smith & Timothy Moran
                 Assistant United States Attorneys
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP 96950
                 Telephone: (670) 236-2979
                 Facsimile: (670) 236-2945

For Defendant:   Joseph H. Arriola, Esq.
                 2nd Floor Oceanside Plaza, Ste. 305
                 Beach Road, Garapan
                 P. O. Box 505080 CK
                 Saipan, MP 96950
                 Telephone: (670) 234-5501
                 Facsimile: (670) 234-5503