FILED
Clerk
District Court

OCT -5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARK, SOON KYUNG,<br>a.k.a. PIAO, CUN JING,<br><br>Defendant. | Case No. CR-03-00043<br><br>ORDER TO GRANT MOTION TO INCLUDE THREE PAGES OF PRE-SENTENCE INVESTIGATION REPORT IN EXCERPTS OF RECORD |

THIS MATTER came before the court on Tuesday, October 4, 2005 for motion to include three pages of the defendant's pre-sentence investigation report in the excerpts of record.

THE COURT, having fully considered the written arguments of the defendant and without objection from the plaintiff, hereby grant the motion to include pages one, twenty-two, and twenty-three of Dr. Park Soon Kyung's Pre-Sentence Investigation Report submitted 3 December 2005 to be included in the Excerpts of Record for purposes of his appeal.

DATED this 5th day of October, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)