UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN - 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10034 |
| Plaintiff - Appellee, | D.C. No. CR-03-00043-ARM |
| v. | District of the Northern Mariana Islands |
| SOON KYUNG PARK, a.k.a. "Piao Cun Jing", a.k.a. "Dr. Park", | ORDER |
| Defendant - Appellant. | |

FILED
Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellant's motion for Criminal Justice Act funding of his expedited passport fee is granted. Counsel may include the $60 charge as a miscellaneous travel expense in the voucher submitted pursuant to Ninth Circuit Rule 4-1(f).

                                 For and at the express
                                 direction of the Court:

                                 Cathy A. Catterson, Clerk

                                 Cole Benson, Supervising Deputy Clerk