UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

F I L E D
Clerk
District Court

AUG 2 1 2006

For The Northern Mariana Islands
By‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
(Deputy Clerk)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   V.

SOON KYUNG PARK, a.k.a. "Piao Cun Jing", a.k.a. "Dr. Park",

        Defendant - Appellant.

No.  05-10034
D.C. No.  CR-03-00043-ARM

**JUDGMENT**

Appeal from the United States District Court for the Northern Mariana Islands.

This cause came on to be heard on the Transcript of the Record from the United States District Court for the Northern Mariana Islands and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED CONVICTION; REMANDED FOR RECONSIDERATION OF SENTENCE**.

Filed and entered 07/21/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 4 2006

by:‾‾‾‾‾‾‾‾‾‾
Deputy Clerk