F I L E D
Clerk
District Court

JUL 21 2008

for The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00043 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF RELEASE OF EXHIBITS |
| SOON KYUNG PARK, ) | |
| Defendant. ) | |

Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Joseph Arriola
PPP 678, PMB 10000
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the jury trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   21st   day of   July  , 2008

GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

Appeal

| USA -vs- PARK, KYUNG SOON | | District Court Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Patrick Smith, AUSA | **Defendant's Attorneys**<br>Joseph Arriola, Esq. and Pedro Atalig, Esq. | **Docket Number:** CR-03-00043<br>**Trial Date(s):** August 30, 2004 thru September 8, 2004 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 08/30/04 | | | JIN, JI HU |
| W2 | | 08/31/04 | | | CAI, HU |
| 13 | | 08/31/04 | 08/31/04 | 08/31/04 | Cai Hu Contract |
| 13T | | 08/31/04 | 08/31/04 | 08/31/04 | Translation of Ex.13 |
| W3 | | 09/01/04 | | | LI, YUE |
| 1 | | 09/01/04 | 09/01/04 | 09/01/04 | Saipan University Brochure |
| 117A | | 09/01/04 | 09/01/04 | 09/01/04 | Bank of Guam - Tinian University Checking Account 0103-142160 |
| 117B | | 09/01/04 | 09/01/04 | 09/01/04 | Bank of Guam - Tinian University Checking Account 0103-142160 |
| W4 | | 09/01/04 | | | JULIE ULLOA-HEATH |
| 114 | | 09/01/04 | 09/01/04 | 09/01/04 | NMC Notice of Decision |
| 115 | | 09/02/04 | 09/02/04 | 09/02/04 | Licensing Requirements Policy |
| 105 | | 09/02/04 | 09/02/04 | 09/02/04 | Agreement for Degree Education |
| 112 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park - Student Concerns |
| 112A | | 09/02/04 | 09/02/04 | 09/02/04 | "     "     "     "     " - Korean Translation |
| 111 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park - re Accountability |
| 110 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Financial Dilemma |
| 110A | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Translation |
| 109 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Postpone Arrival of Students |
| 109A | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Translation |
| 106 | | 09/02/04 | 09/02/04 | 09/02/04 | Memo from Julie Ulloa-Heath to Dr. Park- Student Refund |
| 100 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Decision to Resign |
| 101 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Supply Plan |
| 102 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Resignation |
| 103 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Refund |
| 104 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park dated 10/20/03 |
| 130 | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park dated 10/23/03 |
| 125 | | 09/02/04 | 09/02/04 | 09/02/04 | BOG Operation Fund Acct#103142160 |
| 126 | | 09/02/04 | 09/02/04 | 09/02/04 | Student Deposit to BOG Account #0103-142160 |
| W5 | | 09/02/04 | | | WANG, RUI |
| 5 | | 09/02/04 | 09/02/04 | 09/02/04 | Newspaper AD |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5T | | 09/02/04 | 09/02/04 | 09/02/04 | Translation of Exhibit 5 |
| W6 | | 09/03/04 | | | YU ZHONG PING |
| 6 | | 09/03/04 | 09/03/04 | 09/03/04 | Saipan University Brochure |
| 6T | | 09/03/04 | 09/03/04 | 09/03/04 | Translation of Saipan University Brochure |
| W7 | | 09/03/04 | | | ANTONIO SABLAN |
| 16 | | 09/03/04 | 09/03/04 | 09/03/04 | DOLI Identity Sheets |
| 17 | | 09/03/04 | 09/03/04 | 09/03/04 | DOLI Identity Sheets |
| 16A | | 09/03/04 | 09/03/04 | 09/03/04 | Summary Chart from Immigration |
| 17A | | 09/03/04 | 09/03/04 | 09/03/04 | Summary Chart from Immigration |
| | A | 09/03/04 | 09/03/04 | 09/03/04 | Emergency Regulations |
| W8 | | 09/03/04 | | | JANG HUA ULLOA |
| W9 | | 09/03/04 | | | TENG JIAN |
| 15 | | 09/03/04 | 09/03/04 | 09/03/04 | Newspaper Ad |
| 15T | | 09/03/04 | 09/03/04 | 09/03/04 | Translation |
| 2 | | 09/03/04 | 09/03/04 | 09/03/04 | Teng Jian's Contract |
| 2T | | 09/03/04 | 09/03/04 | 09/03/04 | Translation of Teng Jian's Contract |
| W10 | | 09/07/04 | | | MICHAEL LEE |
| 18 | | 09/07/04 | 09/07/04 | 09/07/04 | Standard Investment/Commercial Agreement |
| 117 | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Tinian Univ. Checking Account |
| 118 | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Saipan University Checking Account |
| 119 | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - American International Checking Account |
| 120 | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Michael Lee Checking Account |
| 24 | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Pages from Statements |
| 19 | | 09/07/04 | 09/07/04 | 09/07/04 | Ltr to Park - Notice of Cancellation of Purchase Agreement |
| W11 | | 09/07/04 | | | JOSEPH H. RACE |
| 135 | | 09/07/04 | 09/07/04 | 09/07/04 | Tinian University Receipts |
| W12 | | 09/07/04 | | | DOUGLAS E. SMALL |
| 125A | | 09/07/04 | 09/07/04 | 09/07/04 | FBI Agent's working paper to reconcile 125 |
| W13 | | 09/07/04 | | | AGNES McPHETRES |
| 22 | | 09/07/04 | 09/07/04 | 09/07/04 | Letter from Agnes McPhetres |
| 23 | | 09/07/04 | 09/07/04 | 09/07/04 | Letter from Agnes McPhetres |
| | DW1 | 09/07/04 | | | HERMAN P. SABLAN |