FILED
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00043 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| SOON KYUNG PARK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorney of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of September, 2008.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

AO 187

## EXHIBIT AND WITNESS LIST

| USA -vs- PARK, KYUNG SOON | | District Court Northern Mariana Islands |
|---|---|---|
| **Government's Attorney**<br>Patrick Smith, AUSA | **Defendant's Attorneys**<br>Joseph Arriola, Esq. and Pedro Atalig, Esq. | **Docket Number:** CR-03-00043<br>**Trial Date(s):** August 30, 2004 thru September 8, 2004 |
| **Presiding Judge**<br>Alex R. Munson | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 08/30/04 | | | JIN, JI HU |
| W2 | | 08/31/04 | | | CAI, HU |
| 13 ✓ | | 08/31/04 | 08/31/04 | 08/31/04 | Cai Hu Contract |
| 13T ✓ | | 08/31/04 | 08/31/04 | 08/31/04 | Translation of Ex.13 |
| W3 | | 09/01/04 | | | LI, YUE |
| 1 ✓ | | 09/01/04 | 09/01/04 | 09/01/04 | Saipan University Brochure |
| 117A ✓ | | 09/01/04 | 09/01/04 | 09/01/04 | Bank of Guam - Tinian University Checking Account 0103-142160 |
| 117B ✓ | | 09/01/04 | 09/01/04 | 09/01/04 | Bank of Guam - Tinian University Checking Account 0103-142160 |
| W4 | | 09/01/04 | | | JULIE ULLOA-HEATH |
| 114 ✓ | | 09/01/04 | 09/01/04 | 09/01/04 | NMC Notice of Decision |
| 115 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Licensing Requirements Policy |
| 105 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Agreement for Degree Education |
| 112 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park - Student Concerns |
| 112A ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | "     "     "     "     "     - Korean Translation |
| 111 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park - re Accountability |
| 110 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Financial Dilemma |
| 110A ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Translation |
| 109 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Postpone Arrival of Students |
| 109A ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Translation |
| 106 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Memo from Julie Ulloa-Heath to Dr. Park- Student Refund |
| 100 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Julie Ulloa-Heath to Dr. Park- Decision to Resign |
| 101 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Supply Plan |
| 102 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Resignation |
| 103 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park- Refund |
| 104 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park dated 10/20/03 |
| 130 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Letter from Soon Kyung Park dated 10/23/03 |
| 125 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | BOG Operation Fund Acct#103142160 |
| 126 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Student Deposit to BOG Account #0103-142160 |
| W5 | | 09/02/04 | | | WANG, RUI |
| 5 ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Newspaper AD |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5T ✓ | | 09/02/04 | 09/02/04 | 09/02/04 | Translation of Exhibit 5 |
| W6 | | 09/03/04 | | | YU ZHONG PING |
| 6 ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Saipan University Brochure |
| 6T ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Translation of Saipan University Brochure |
| W7 | | 09/03/04 | | | ANTONIO SABLAN |
| 16 ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | DOLI Identity Sheets |
| 17 ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | DOLI Identity Sheets |
| 16A ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Summary Chart from Immigration |
| 17A ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Summary Chart from Immigration |
| | A | 09/03/04 | 09/03/04 | 09/03/04 | Emergency Regulations |
| W8 | | 09/03/04 | | | JANG HUA ULLOA |
| W9 | | 09/03/04 | | | TENG JIAN |
| 15 ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Newspaper Ad |
| 15T ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Translation |
| 2 ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Teng Jian's Contract |
| 2T ✓ | | 09/03/04 | 09/03/04 | 09/03/04 | Translation of Teng Jian's Contract |
| W10 | | 09/07/04 | | | MICHAEL LEE |
| 18 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Standard Investment/Commercial Agreement |
| 117 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Tinian Univ. Checking Account |
| 118 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Saipan University Checking Account |
| 119 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - American International Checking Account |
| 120 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Michael Lee Checking Account |
| 24 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Bank of Guam - Pages from Statements |
| 19 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Ltr to Park - Notice of Cancellation of Purchase Agreement |
| W11 | | 09/07/04 | | | JOSEPH H. RACE |
| 135 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Tinian University Receipts |
| W12 | | 09/07/04 | | | DOUGLAS E. SMALL |
| 125A ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | FBI Agent's working paper to reconcile 125 |
| W13 | | 09/07/04 | | | AGNES McPHETRES |
| 22 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Letter from Agnes McPhetres |
| 23 ✓ | | 09/07/04 | 09/07/04 | 09/07/04 | Letter from Agnes McPhetres |
| | DW1 | 09/07/04 | | | HERMAN P. SABLAN |